UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV 24-00214-DDP-AS | August 26, 2024 |
| Title | Paleo Certified, Inc. v. TBE Beverages, LLC | |

Present: The Honorable **DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE**

| Patricia Gomez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Amanda Bruss | Not present |

**Proceeding:** APPLICATION FOR DEFAULT JUDGMENT [20] (Held and completed)

Case called, and counsel make their appearance. Also present, Muhammed Sabry, CEO TBE Beverages, LLC.

Arguments by counsel are heard. The Court hears from Mr. Sabry. The Court permits plaintiff's counsel and Mr. Sabry time to meet and discuss a potential settlement agreement. The matter is back on the record, no settlement is reached. The application for default judgment is granted. An order to issue.

: 12

Initials of Preparer   PG