O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALEO CERTIFIED, INC., D/B/A THE PALEO FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> TBE BEVERAGES, LLC, <br><br> Defendant. | Case No. 2:24-cv-00214-DDP-ASx <br><br> ORDER GRANTING ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

THIS MATTER is before the Court on Plaintiff Paleo Certified, Inc. d/b/a/ The Paleo Foundation's Request for Entry of Default Judgment (Dkt. 20). Having considered the motion and the entire record, it is hereby ORDERED that all relief requested therein is GRANTED.

**SUMMARY OF FINDINGS AND JUDGMENT**

1. Plaintiff sued Defendant TBE Beverages, LLC for trademark infringement under § 32 of the Lanham Act, 15 U.S.C. § 1114; unfair competition and false designation of origin pursuant to § 43(a) of the Lanham Act, 15 U.S.C.

§ 1125(a); and for substantial and related claims of unfair competition under the laws of the State of California.

2. This Court has jurisdiction over this matter.

3. The Complaint alleges that Plaintiff owns federal trademark registrations in the asserted Certification Marks, and that Defendant has manufactured, distributed, marketed, offered for sale, and sold its products bearing Plaintiff's Certification Marks without permission through both brick and mortar and online stores, including its own interactive website, and that this use has caused and is likely to continue to cause confusion, mistake, and deception among the relevant consuming public as to whether Defendant's products have been evaluated by The Paleo Foundation and been found to be compliant with the standards set for each Mark.

4. Plaintiff further asserts that Defendants' unlawful activities acts are causing and, unless restrained, will continue to cause damage and immediate irreparable harm to Plaintiff and its licensees and to their valuable reputation and goodwill with the consuming public for which Plaintiff has no adequate remedy at law.

5. TBE Beverages, LLC, which is not a minor or incompetent person or in military service, was properly served with the summons and complaint.

6. The executed Proof of Service of Summons was filed on February 17, 2024 (ECF No. 14).

7. Under Rule 12(a)(1), Defendant TBE Beverages, LLC was required to plead or otherwise respond to the complaint by March 8, 2024.

8. Defendant TBE Beverages, LLC has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

9. On June 5, 2024, the Clerk of this Court entered a default against Defendant TBE Beverages, LLC for failure to plead or otherwise defend against the complaint filed in this action (Dkt. 19).

10. Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court is authorized to enter a final judgment of default against a party who has failed to plead in response to a complaint.

11. Upon a review of Plaintiff's submissions, it appears there is a sufficient basis in the pleading for the default judgment to be entered in favor of Plaintiff.

12. Sum Certain: The claim in this action is for a sum certain or for a sum that can be made certain by computation. Specifically, Plaintiff is awarded Judgment in the amount of $25,615.00 which includes:

    a. Damages: $23,100.00
    b. Attorneys' fees pursuant to L.R. 55-3: $1,985.00
    c. Costs: $530.00

13. Permanent injunctive relief is appropriate where a plaintiff demonstrates that (1) it has suffered irreparable injury; (2) there is no adequate remedy at law; (3) the balance of hardship favors an equitable remedy; and (4) an issuance of an injunction is in the public's interest. *eBay, Inc. v. MercExchange, LLC,* 547 U.S. 388, 392-93 (2006). Plaintiff has carried its burden on each of the four factors. Accordingly, permanent injunctive relief is appropriate.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Application, ECF No. 20, is GRANTED. Final Default Judgment will be entered by separate order pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED**.

Dated: August 26, 2024

HONORABLE DEAN D. PREGERSON
United States District Judge