JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALEO CERTIFIED, INC., D/B/A THE PALEO FOUNDATION,<br><br>         Plaintiff,<br><br>v.<br><br>TBE BEVERAGES, LLC,<br><br>         Defendant. | Case No. 2:24-cv-00214-DDP-ASx<br><br>FINAL JUDGMENT AND PERMANENT INJUNCTION |

   THIS MATTER is before the Court on Plaintiff Paleo Certified, Inc. d/b/a/ The Paleo Foundation's Request for Entry of Default Judgment.  The Court granted the Motion in a separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

   Accordingly, it is ORDERED AND ADJUDGED that the Application, ECF No. 20 is GRANTED and FINAL JUDGMENT is entered in favor of Plaintiff, Paleo Certified, Inc. ("Plaintiff"), and against the Defendant TBE Beverages, LLC (""Defendant") as follows:

1  (1) <u>Damages</u>:  Defendant TBE Beverages, LLC is hereby ORDERED to pay Plaintiff $25,615.00, which is comprised of the following:

    a. Damages: $23,100.00

    b. Attorneys' fees pursuant to L.R. 55-3: $1,985.00

    c. Costs: $530.00

(2) <u>Permanent Injunctive Relief</u>:  Defendant TBE Beverages, LLC and its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons and entities who receive actual notice of this Order by personal service or otherwise are expressly enjoined from:

    a. manufacturing, distributing, selling, marketing, advertising, promoting, or authorizing any third party to manufacture, distribute, sell, market, advertise, or promote goods bearing The Paleo Foundation's registered certification marks:

  (the "Certification Marks"), bearing U.S. Registration Nos. 6,171,595 and 6,337,794, respectively, or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation thereof;

    b. engaging in any activity that infringes Plaintiff's rights in its Certification Marks;

    c. utilizing any marks likely to falsely lead the public to believe that Plaintiff has evaluated Defendant's products and found them to be compliant with the standards established for use of the Certification Marks;

    d. making or displaying any statement, representation, or depiction that is likely to lead the public or the trade to believe that Defendant's goods

are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by, or associated, affiliated, or otherwise connected with Plaintiff; or

    e. aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) through (d).

(3) The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.

(4) The Clerk shall CLOSE this case.

(5) All deadlines and hearings are TERMINATED, and any pending motions are DENIED AS MOOT.

**IT IS SO ORDERED**.

Dated: August 26, 2024

_____
HONORABLE DEAN D. PREGERSON
United States District Judge